IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** : | |
|     Plaintiff, : | |
| : | |
| **v.** : | |
| : | **CIVIL ACTION 1:18-00541-KD-N** |
| **MOBILE COUNTY METRO JAIL,** *et al.*, : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated March 7, 2019 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **28th** day of **March 2019.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**